UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ANWAR JETHU, :
:
:
Plaintiff, :
: **ORDER**
v. : 21-CV-3936 (WFK) (PK)
:
FUTURE CARE CONSULTANTS, LLC, *et al.*, :
:
Defendants. :
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On January 27, 2022, Magistrate Judge Peggy Kuo entered a Report and Recommendation ("R&R") on the docket in the above-captioned action. The entry states in part:

> Having reviewed the [ECF No.] 27 Motion for Settlement, the proposed Settlement Agreement at [27-1], and Plaintiffs Attorneys Fees Affirmation at [27-2], I find, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), that the settlement amount and payment plan are fair and reasonable, that the releases are appropriately limited to wage and hour claims, and that the attorneys' fees are reasonable. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). Accordingly, I find that the proposed Settlement Agreement is fair and reasonable and recommend that it be approved.

The parties did not file any objections to the R&R, which were due Thursday, February 10, 2022. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews a R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. The Court therefore adopts the R&R in its entirety and APPROVES the parties' settlement agreement.

SO ORDERED.

s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: February 17, 2022
         Brooklyn, New York